F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-Mail: tedwards@spencerfane.com
ANTHONY A. TORROLL, ESQ.
Nevada Bar No. 16640
E-Mail: atorroll@spencerfane.com
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
Facsimile: (702) 938-8648

*Attorneys for Plaintiffs*
*RCI Services, LLC and Nicholas Russo*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RCI SERVICES, LLC, an Arizona limited liability company; NICHOLAS RUSSO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TAPROOT HOLDINGS NV LLC; a Nevada limited liability company; TRNVD670, LLC, a Nevada limited liability company; SHANE TERRY, an individual,<br><br>Defendants. | CASE NO. 2:24-cv-00709-DJA<br><br>**STIPULATION AND ORDER TO SUBMIT TO SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE** |

Plaintiffs RCI Services, LLC and Nicholas Russo, by and through their attorneys of record, F. Thomas Edwards, Esq., and Anthony A. Torroll, Esq. of the law firm Spencer Fane LLP, and Defendant Taproot Holdings NV LLC, Defendant TRNVD670, LLC, and Defendant Shane Terry by and through their attorneys of record, Alayne M. Opie, Esq. and Kirche M. Ray, Esq. of the law firm Greenberg Traurig, LLP, hereby stipulate and agree to have the Court submit this matter for a settlement conference before a Magistrate Judge.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED: November 19, 2024              DATED: November 19, 2024

/s/ F. Thomas Edwards                                    /s/ Alayne M. Opie
F. THOMAS EDWARDS, ESQ.                    ALAYNE M. OPIE, ESQ.
Nevada Bar No. 9549                                      Nevada Bar No.: 12623
ANTHONY A. TORROLL, ESQ.                  KIRCHE M. RAY, ESQ.
Nevada Bar No. 16640                                    Nevada Bar No.: 16306
**SPENCER FANE LLP**                              **GREENBERG TRAURIG, LLP**
300 South Fourth Street, Suite 1600              10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89101                            Las Vegas, Nevada 89135
Tel.: (702) 408-3400                                       Telephone: (702) 792-3773
Fax: (702) 938-8648                                      Facsimile: (702) 792-9002
Email: tedwards@spencerfane.com            Email: opiea@gtlaw.com
Email: atorroll@spencerfane.com              Email: kirche.ray@gtlaw.com

*Attorneys for Plaintiffs,*                                *Attorneys for Defendants,*
*RCI Services, and*                                        *Taproot Holdings NV, LLC, TRNVD670,*
*Nicholas Russo*                                             *and Shane Terry*

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 18) is GRANTED. The Clerk of Court is kindly directed to randomly assign a different magistrate judge to conduct the settlement conference in this case.

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2024

- 2 -

LV 2974329.1