UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RCI Services, LLC, et al,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>Tarpoot Holdings, LLC, et al.,<br><br>                    Defendant(s). | 2:24-cv-00709-DJA-MDC<br><br>**ORDER GRANTING STIPULATION** |

Pending before the Court is the *Stipulation to Continue and Reschedule the Settlement Conference* (ECF No. 31). For good cause shown:

**IT IS ORDERED** that the *Stipulation to Continue and Reschedule the Settlement Conference* (ECF No. 31) is GRANTED.

**IT IS FURTHER ORDERED** that the February 4, 2025, Settlement Conference (ECF No. 25) is rescheduled for **March 25, 2025, at 9:00am**. All other aspects of the Order (ECF No. 25) remain in effect.

DATED this 16th day of December 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge