F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-Mail: tedwards@spencerfane.com
ANTHONY A. TORROLL, ESQ.
Nevada Bar No. 16640
E-Mail: atorroll@spencerfane.com
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
Facsimile: (702) 938-8648
*Attorneys for Plaintiffs*
*RCI Services, LLC and Nicholas Russo*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RCI SERVICES, LLC, an Arizona limited liability company; NICHOLAS RUSSO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TAPROOT HOLDINGS NV LLC; a Nevada limited liability company; TRNVD670, LLC, a Nevada limited liability company; SHANE TERRY, an individual,<br><br>Defendants. | CASE NO. 2:24-cv-00709-DJA<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs RCI Services, LLC and Nicholas Russo, and Defendants Taproot Holdings NV LLC, TRNVD670, LLC, and Shane Terry (collectively, the "***Parties***"), by and through their undersigned counsel of record, hereby stipulate to the dismissal of all the claims at issue in this action, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Parties shall bear their own attorneys' fees and costs incurred in this action.

| Submitted by: | Submitted by: |
|---|---|
| DATED: September 26, 2025 | DATED: September 26, 2025 |
| **SPENCER FANE LLP** | **GREENBERG TRAURIG, LLP** |
| /s/ F. Thomas Edwards<br>F. THOMAS EDWARDS, ESQ.<br>Nevada Bar No. 9549<br>ANTHONY A. TORROLL, ESQ.<br>Nevada Bar No. 16640<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>Telephone: (702) 408-3400<br>Facsimile:  (702) 938-8648<br>Email: tedwards@spencerfane.com<br>Email: atorroll@spencerfane.com<br><br>*Attorneys for Plaintiffs,*<br>*RCI Services, and*<br>*Nicholas Russo* | /s/ Alayne M. Opie<br>ALAYNE M. OPIE, ESQ.<br>Nevada Bar No. 12623<br>KIRCHE M. RAY, ESQ.<br>Nevada Bar No. 16306<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile:  (702) 792-9002<br>Email: opiea@gtlaw.com<br>Email: kirche.ray@gtlaw.com<br><br>*Attorneys for Defendants,*<br>*Taproot Holdings NV, LLC, TRNVD670, and*<br>*Shane Terry* |

**IT IS SO ORDERED**.  The Clerk is kindly directed to close the case.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 9/29/2025

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV  89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

LV 6944112.1